```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

                                )
DONOVAN GOPARIAN,               )
          Plaintiff,            )
                                )     CIVIL ACTION
     v.                         )     NO. 21-10545-WGY
                                )
WORCESTER POLICE                )
DEPARTMENT, et al.,             )
          Defendants.           )
                                )
```

YOUNG, D.J.

## ORDER

On March 8, 2021, Donovan Goparian filed a pro se affidavit accompanied by a motion for leave to proceed in forma pauperis. See Docket Nos. 1, 2.

By Memorandum and Order dated October 13, 2021, the Court denied Goparian's motion for leave to proceed in forma pauperis and advised Goparian that the claims in his affidavit are subject to dismissal for failure to state a claim upon which relief may be granted. See Docket No. 6.

Goparian was ordered to (1) file a renewed motion for leave to proceed in forma pauperis with a copy of his prison account; and (2) file an amended complaint setting forth a plausible claim upon which relief may be granted. Id. The Memorandum and Order stated that failure of Goparian to comply with these directives within thirty-five (35) days would result in

dismissal of this action without prejudice and without assessment of the filing fee.  Id.   To date, Goparian has not responded to the Court's Memorandum and Order.  See Docket.

"A district court, as part of its inherent power to manage its own docket, may dismiss a case sua sponte for any of the reasons prescribed in Fed. R. Civ. P. 41(b)." Cintron-Lorenzo v. Departamento de Asuntos del Consumidor, 312 F.3d 522, 525-26 (1st Cir. 2002). "Lack of diligent prosecution is such a reason." Id.

The fact that Goparian has not responded to the Court's Memorandum and Order suggests that he may have decided not to press his claim.  Based upon the foregoing, it is hereby Ordered that this action is DISMISSED without prejudice and without assessment of the filing fee.  The clerk shall enter a separate order of dismissal.

**SO ORDERED.**

                                          /s/ William G. Young
                                        WILLIAM G. YOUNG
                                        DISTRICT JUDGE

DATED: December 8, 2021